IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL AVENATTI,

    *Plaintiff*,

v.

FOX NEWS NETWORK, LLC; ET AL.,

    *Defendants*.

No. 20-cv-1541-SB

### ORDER STAYING FURTHER BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE

    Having considered Plaintiff Michael Avenatti's Unopposed Motion for Stay of Further Briefing regarding Defendants' Motion to Dismiss [D.I. 11] and Motion to Strike [D.I. 15] pending the Court's determination of the threshold issue of subject matter jurisdiction and the Court's ruling on Plaintiff's Motion for Remand filed on November 24, 2020 [D.I. 4], the Court hereby **GRANTS** the motion.

    IT IS HEREBY ORDERED AND ADJUDGED that all briefing concerning the Motion to Dismiss [D.I. 11] and Motion to Strike [D.I. 15], including but not limited to Plaintiff's oppositions to the motions, is stayed until 14 days following this Court's ruling on Plaintiff's Motion for Remand [D.I. 4].

Dated: March 16, 2021

                                                        _____
                                                          UNITED STATES CIRCUIT JUDGE