IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL AVENATTI,

    *Plaintiff*,

v.

FOX NEWS NETWORK, LLC, et al.,

    *Defendants*.

No. 20-cv-01541-SB

### ORDER

1. Plaintiff's Motion to Remand [D.I. 4] is **DENIED**. Under Fed. R. Civ. P. 21, Defendant Jonathan Hunt is dropped from this case.

Dated: May 26, 2021

                                                                     _____
                                                                         UNITED STATES CIRCUIT JUDGE