## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL AVENATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-cv-01541-SB |
| | ) |
| FOX NEWS NETWORK, LLC, a Delaware | ) |
| Limited Liability Company; SEAN | ) |
| HANNITY; LAURA INGRAHAM; MARIA | ) |
| BARTIROMO; HOWARD KURTZ; | ) |
| SHANNON BREAM; BRET BAIER; TRISH | ) |
| REGAN; RAYMOND ARROYO; JON | ) |
| SCOTT; LELAND VITTERT; and | ) |
| JONATHAN HUNT, | ) |
| | ) |
| Defendants. | ) |

### JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER REGARDING BRIEFING OF DEFENDANTS' MOTION TO DISMISS, MOTION TO STRIKE AND MOTIONS FOR JUDICIAL NOTICE

Plaintiff Michael Avenatti and all named Defendants hereby stipulate and agree as follows:

WHEREAS, on March 3, 2021, Defendants filed a Motion to Dismiss the Amended Complaint and their Opening Brief and Transmittal Declaration in support thereof ("Motion to Dismiss") (D.I. Nos. 11-13);

WHEREAS, also on March 3, 2021, Defendants filed a Motion to Strike Amended Complaint Pursuant to California Code of Civil Procedure § 425.16 and their Opening Brief and Transmittal Declaration in support thereof ("Motion to Strike") (D.I. Nos. 15-17); and

WHEREAS, Defendants intend to file motions requesting that the Court take judicial notice of certain documents submitted in connection with the Motion to Dismiss and Motion to Strike (the "Requests for Judicial Notice" and, together with the Motion to Dismiss and Motion to Strike, the "Pending Motions");

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through the undersigned counsel, subject to the approval of the Court, as follows:

1. Defendants shall file the Requests for Judicial Notice on or before June 15, 2021.

2. Plaintiff shall respond to the Pending Motions on or before July 5, 2021.

3. Defendants shall file their replies in further support of the Pending Motions on or before August 5, 2021.

|  |  |
|---|---|
| *Of Counsel*: <br><br> Shawn R. Perez <br> LAW OFFICES OF SHAWN R. PEREZ <br> 7121 West Craig Road, # 113-38 <br> Las Vegas, Nevada 89129 <br> (702) 485-3977 | SEITZ, VAN OGTROP & GREEN, P.A. <br><br> /s/ R. Karl Hill <br> R. Karl Hill (Bar No. 2747) <br> 222 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> 302-888-0600 <br> khill@svglaw.com <br><br> *Attorneys for Plaintiff Michael Avenatti* |
| *Of Counsel*: <br><br> Eric M. George <br> Richard A. Schwartz <br> Katherine F. Murray <br> BROWNE GEORGE ROSS O'BRIEN <br>   ANNAGUEY & ELLIS LLP <br> 2121 Avenue of the Stars, Suite 2400 <br> Los Angeles, California 90067 <br> (310) 274-7100 <br><br> June 9, 2021 | ROSS ARONSTAM & MORITZ LLP <br><br> /s/ David E. Ross <br> David E. Ross (Bar No. 5228) <br> Eric D. Selden (Bar No. 4911) <br> R. Garrett Rice (Bar No. 6242) <br> 100 South West Street, Suite 400 <br> Wilmington, Delaware 19801 <br> (302) 576-1600 <br> dross@ramllp.com <br> eselden@ramllp.com <br> grice@ramllp.com <br><br> *Attorneys for Fox News Network, LLC, Sean Hannity, Laura Ingraham, Maria Bartiromo, Howard Kurtz, Shannon Bream, Bret Baier, Trish Regan, Raymond Arroyo, Jon Scott, Leland Vittert, and Jonathan Hunt* |

SO ORDERED, this ____ day of _____, 2021

_____
The Honorable Stephanos Bibas
United States Circuit Judge