IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL AVENATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-cv-01541-SB |
| | ) |
| FOX NEWS NETWORK, LLC, a Delaware | ) |
| Limited Liability Company; SEAN HANNITY; | ) |
| LAURA INGRAHAM; MARIA | ) |
| BARTIROMO; HOWARD KURTZ; | ) |
| SHANNON BREAM; BRET BAIER; TRISH | ) |
| REGAN; RAYMOND ARROYO; JON | ) |
| SCOTT; and LELAND VITTERT, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT FOX NEWS NETWORK, LLC'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Fox News Network, LLC states that it is a Delaware limited liability company. Fox News Network, LLC is an indirectly owned subsidiary of Fox Corporation, a publicly traded Delaware Corporation. No other publicly held corporation other than Fox Corporation owns 10 percent or more of Fox News Network, LLC's stock.

|  |  |
|---|---|
| *Of Counsel*: | ROSS ARONSTAM & MORITZ LLP |
|  | */s/ David E. Ross* |
| Eric M. George | David E. Ross (Bar No. 5228) |
| Richard A. Schwartz | Eric D. Selden (Bar No. 4911) |
| Katherine F. Murray | R. Garrett Rice (Bar No. 6242) |
| BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP | 100 South West Street, Suite 400 Wilmington, Delaware 19801 |
| 2121 Avenue of the Stars, Suite 2400 | (302) 576-1600 |
| Los Angeles, California 90067 | dross@ramllp.com |
| (310) 274-7100 | eselden@ramllp.com |
|  | grice@ramllp.com |
|  | *Attorneys for Fox News Network, LLC, Sean Hannity, Laura Ingraham, Maria Bartiromo, Howard Kurtz, Shannon Bream, Bret Baier, Trish Regan, Raymond Arroyo, Jon Scott, and Leland Vittert* |
| June 11, 2021 |  |

2