IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL AVENATTI,

    *Plaintiff,*

v.

FOX NEWS NETWORK, LLC, et al.,

    *Defendants.*

No. 20-cv-01541-SB

### ORDER

1. Defendants' Motion to Dismiss [D.I. 11] is **GRANTED**. Plaintiff Michael Avenatti's claims are **DISMISSED WITHOUT PREJUDICE**. If Avenatti wishes to file an amended complaint, he must do so within thirty days of this order.

2. Defendants' Motion to Strike [D.I. 15] is **DENIED AS MOOT**. If Avenatti files an amended complaint, Defendants can again move to strike. If they do so, Defendants must address whether California's anti-SLAPP statute applies in federal court.

Dated: August 13, 2021

_____
UNITED STATES CIRCUIT JUDGE