IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL AVENATTI.,

    *Plaintiff,*

    v.

FOX NEWS NETWORK, LLC,
a Delaware Limited Liability Company; SEAN HANNITY; LAURA INGRAHAM; MARIA BARTIROMO; HOWARD KURTZ; SHANNON BREAM; BRET BAIER; TRISH REGAN; RAYMOND ARROYO; JON SCOTT; LELAND VITTERT; and JOHNATHAN HUNT,

    *Defendants.*

No. 1:20-cv-01541-SB

### Order

On August 13, 2021, I dismissed Michael Avenatti's complaint without prejudice [D.I. 28]. I gave Freeman thirty days to amend his claims, but he has expressed his intent to stand on his complaint [D.I. 30]. I thus order that:

Avenatti's claims are **DISMISSED WITH PREJUDICE**. The clerk is directed to CLOSE this case.

Dated: August 19, 2021

                                                                                       
UNITED STATES CIRCUIT JUDGE