UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2702
_____

MICHAEL AVENATTI,
         Appellant

v.

FOX NEWS NETWORK LLC, a Delaware Limited Liability Company;
SEAN HANNITY; LAURA INGRAHAM; MARIA BARTIROMO;
HOWARD KURTZ; SHANNON BREAM; BRET BAIER;
TRISH REGAN; RAYMOND ARROYO; JON SCOTT; LELAND VITTERT;
JONATHAN HUNT

_____

On Appeal from the United States District Court
for the District of Delaware
(District Court No. 1:20-cv-01541)
District Judge: Honorable Stephanos Bibas, Circuit Judge

_____

Argued June 7, 2022

Before: AMBRO, RENDELL, and FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on June 7, 2022.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the Orders entered by the District Court on May 26, 2021, August 13, 2021, and August 19, 2021 are hereby **AFFIRMED**.

Costs taxed against the Appellant.

All of the above in accordance with the Opinion of this Court.

                              ATTEST:

                              s/ Patricia S. Dodszuweit
                              Clerk

DATE: July 21, 2022

Certified as a true copy and issued in lieu of a formal mandate on August 12, 2022

Teste: *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**