**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| John A. Cerino<br>CLERK OF COURT | 844 KING STREET<br>UNIT 18<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

March 09, 2023

VIA REGULAR MAIL

David Evan Ross
Ross Aronstam & Moritz LLP
1313 North Market Street
Suite 1001
Wilmington, DE 19801

Re: 1:20-cv-01541-SB
Avenatti v. Fox News Network, LLC et al
Multi-Media Return

Dear Counsel:

   I am returning to you, two copies of Defendant's Multi-Media Exhibits to D.I. 14. The Multi-Media USB drives contain information pertaining to the above closed case.

Please acknowledge receipt of this exhibit on the copy of this letter and return it to me in the enclosed envelope. Thank you.

                                                            Sincerely,
                                                            John A. Cerino
                                                            Clerk of the Court

                                                   By: /s_____
                                                          Vivian Mena


I hereby acknowledge receipt of the above exhibit(s) on _____

                                                          _____
                                                             Signature